IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK BARNES, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT HOUSER, et al., | : | No. 23-2080 |
| Respondents. | : | |

**ORDER**

**AND NOW,** this 10th day of December, 2025, upon independent consideration of Petition for Writ of Habeas Corpus (ECF Nos. 1, 7, 14), and any responses or replies thereto, and after review of the Report and Recommendation of United States Magistrate Judge Pamela A. Carlos, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus (ECF No. 1, 7, 14) is **DENIED** and **DISMISSED** with prejudice;

3. There is no basis to issue a certificate of appealability.

4. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Harvey Bartle III
                                                                J.